# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

Marilyn Kelly,
Chief Justice

141539

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 141539
COA: 291140
Grand Traverse CC:
08-010656-FH

WAYNE ROBERT HUTTER,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

_____
Clerk

y1124